Order issued October 3 , 2012

004288



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01257-CV

**DALLAS EUROPEAN AUTO, LLC, Appellant**

**V.**

**HAMID MASSOUDI D/B/A SPORT MOTOR CARS, Appellee**

# ORDER

The Court has before it appellant's September 26, 2012 unopposed motion to substitute attorney-in-charge. The Court **GRANTS** the motion. We **DIRECT** the Clerk of this Court to remove James Thomas Langford and The Farahmand Law Firm, P.C. as counsel of record for appellant and to substitute Jeffrey S. Lowenstein and the law firm of Bell Nunnally & Martin, LLP as counsel of record for appellant.

ELIZABETH LANG-MIERS
JUSTICE